# United States Bankruptcy Court
## Northern District of California

In re    **Eduardo Terriquez**                      Case No. _____

                                       Debtor(s)          Chapter    **13**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **3** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   12/22/2014          _____

Signature of Attorney
**David A. Boone 74165**
**Law Offices of David A. Boone**
**1611 The Alameda**
**San Jose, CA 95126**
**408-291-6000 Fax: 408-291-6016**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Aurora Loan Services
Attn: Bankruptcy Dept.
2617 College Park
Scottsbluff, NE 69361


Bank of America
Attn: Correspondence Unit/CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062


Board of Equalization, State of CA
Acct Analysis Ctrl Sec MIC: 29
P.O. Box 92879
Sacramento, CA 94279-0029


Cap1/BestBuy
PO Box 6497
Sioux Falls, SD 57117


Central Mortgage Company
801 John Barrow Rd, Ste 1
Little Rock, AR 72205


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801


Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850


EDD - State of California
Bankruptcy Unit - MIC 92E
PO Box 826880
Sacramento, CA 94280

Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812


GECRB/JC Penny
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076


GMAC Mortgage
PO Box 4622
Waterloo, IA 50704


IndyMac Bank/OneWest Bank
Attn:Bankruptcy Department
2900 Esperanza Crossing
Austin, TX 78758


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Meriwest Credit Union
PO Box 530953
San Jose, CA 95153


National City Bank
PO Box94982 Attcreditloan Dipu
Cleveland, OH 44101


Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067

SYNCB/Mervyns
PO Box 965005
Orlando, FL 32896


U.S. Attorney General
Civil Trial Sec. Western
PO Box 683 Ben Franklin
Washington, DC 20044


United States Attorney's Office
Attn: Chief Tax Division
450 Golden Gate Ave. 10th
San Francisco, CA 94102


Wells Fargo Card Services
1 Home Campus
3rd Floor
Des Moines, IA 50328